**DISMISSED and Opinion Filed April 25, 2019**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-19-00275-CV

### VENKATESWARA R. MANDAVA, Appellant
### V.
### DELTA LOCUM TENENS LLC, Appellee

**On Appeal from the 101st Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DC-17-17364**

## MEMORANDUM OPINION

Before Justices Bridges, Brown, and Nowell
Opinion by Justice Bridges

Before the Court is the parties' April 15, 2019 joint motion to dismiss. In the motion, the parties state they have resolved all disputes between them and wish to dismiss the appeal. We grant the motion and dismiss the appeal.

/David L. Bridges/
DAVID L. BRIDGES
JUSTICE

190275F.P05



## Court of Appeals
## Fifth District of Texas at Dallas

## JUDGMENT

VENKATESWARA R. MANDAVA, Appellant

No. 05-19-00275-CV     V.

DELTA LOCUM TENENS LLC, Appellee

On Appeal from the 101st Judicial District Court, Dallas County, Texas
Trial Court Cause No. DC-17-17364.
Opinion delivered by Justice Bridges, Justices Brown and Nowell participating.

In accordance with this Court's opinion of this date, the appeal is **DISMISSED**.

Subject to any agreement of the parties, we **ORDER** appellee DELTA LOCUM TENENS LLC recover its costs of this appeal from appellant VENKATESWARA R. MANDAVA.

Judgment entered April 25, 2019